JAVIER A. MOLINA, and other
similarly          situated
individuals  and  JUAN  F.
FLORES, and other similarly
situated individuals,

      Plaintiffs,

v.                     Case No:  2:18-cv-771-FtM-29UAM

CULINARY  EXPERTS,  INC.  and
MOUHSINE          LAHLIL,
individually,

      Defendants.

_____

**OPINION AND ORDER**

    This  matter  is  before  the  Court  on  consideration  of  the

Magistrate Judge's Report and Recommendation (Doc. #20), filed

March 26, 2019, recommending that the Joint Motion for Entry of

Order  Approving  Settlement  and  Dismissing  Case  With  Prejudice

(Doc. #18) be granted in part and denied in part.  On April 3,

2019, the parties filed a Joint Notice of No Objection (Doc. #21).

    After conducting a careful and complete review of the findings

and recommendations, a district judge may accept, reject or modify

the magistrate judge's report and recommendation.  28 U.S.C. §

636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983).  In the absence of specific

objections, there is no requirement that a district judge review

factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1).  The district judge reviews legal conclusions *de novo*, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

The Magistrate Judge recommends approval of the parties Settlement Agreement and Release of FLSA Claims, and for dismissal of the case.  The Magistrate Judge recommends denying the request to retain jurisdiction over enforcement of the settlement agreement.  After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED:**

1.  The Report and Recommendation (Doc. #20) is hereby **adopted** and the findings **incorporated** herein.

2.  The parties' Joint Motion for Entry of Order Approving Settlement and Dismissing Case With Prejudice (Doc. #18) is **granted** except as to the request to retain jurisdiction, and the Settlement Agreement and Release of FLSA Claims (Docs. #18-1, #18-2) is

approved as a fair and reasonable resolution of a bona fide dispute.

3.   The Clerk shall enter judgment **dismissing** the case with prejudice and the Court will not retain jurisdiction, terminate all deadlines and motions, and close the file.

   **DONE and ORDERED** at Fort Myers, Florida, this ___4th___ day of April, 2019.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Douglas N. Frazier
United States Magistrate Judge

Counsel of Record
Unrepresented parties